OPINIONS OF THE SUPREME COURT OF OHIO
The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Whitten, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Stark et al., Appellants, v. Arn et al., Appellees.
[Cite as Stark v. Arn (1993,     Ohio St.3d    .]
Pleadings -- R.C. 2309.01 is in conflict with Civ.R. 8(A) and
     is invalid and of no force and effect -- Ohio Rules of
     Civil Procedure control over subsequently enacted
     inconsistent statutes purporting to govern procedural
     matters.
     (No. 93-212 -- Submitted April 21, 1993 -- Decided May 19,
1993.)
Appeal from the Court of Appeals for Montgomery County, No.
13125.

     Freund, Freeze & Arnold and Neil F. Freund, for appellants.
     Jacobson, Maynard, Tuschman & Kalur, Gregory C. Gibson and
Pamela Pantages; Jenks, Surdyk & Cowdrey and Susan
Blasik-Miller, for appellee Kenneth D. Arn, M.D.
     Bieser, Green & Landis and John F. Haviland, for appellees
Steven L. Schaerer, M.D., and Dell Park Medical Group, Inc.

     The motion to certify the record is allowed and the
judgment of the court of appeals is reversed on authority of
Rockey v. 84 Lumber Co. (1993),     Ohio St.3d     ,
N.E.2d    .
     The cause is remanded to the trial court for a new trial.
     Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E.
Sweeney and Pfeifer, JJ., concur.